BRYAN SCHRODER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Aunnie.Steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:20-cr-00033-TMB-DMS |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | ASSAULT WITHIN SPECIAL |
| vs. | ) | MARITIME AND |
| | ) | TERRITORIAL JURISDICTION |
| MAURICE YOUNG, | ) |   Vio. 18 U.S.C. §§ 7(1); 113(a)(4) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I N FORMATION

The United States Attorney charges that:

GENERAL ALLEGATIONS

At all times material to this Information:

1. The defendant, Maurice Young, was a housekeeper and galley assistant aboard the fishing vessel (F/V) SeaFreeze America.

2. The vessel was within the maritime and territorial jurisdiction, to wit; the F/V SeaFreeze America is a United States Flagged, 215-foot fishing catching/processing vessel which is homeported in Seattle, WA. At the time of the assault, the F/V SeaFreeze America was underway and located approximately 120 nautical miles East of Saint George Island in the Bering Sea.

3. The victim D.C. was a processor onboard the F/V SeaFreeze America.

4. On or about March 22, 2020, the victim was critical of the defendant for serving food without gloves. The victim noted his concerns about the virus to the defendant. The disagreement between the defendant and the victim escalated. The defendant suggested they fight. The victim declined.

5. The defendant indicated to a witness that it might be his last day on the vessel because he planned to attack the victim.

6. On or about March 23, 2020, the defendant approached the victim from behind and struck him in the face. The defendant continued to attack the victim until a bystander pulled him off of the victim.

7. The victim was taken off the vessel to Dutch Harbor and then flown to Anchorage, Alaska for hospitalization and surgery for a broken orbital bone.

//

//

//

COUNT 1:

8. Paragraphs 1-7 are re-alleged here.

9. On or about March 23, 2020, in the District of Alaska, the defendant Maurice Young, at a place within the special maritime and territorial jurisdiction of the United States, aboard the F/V SeaFreeze America, did assault the victim D.C. by striking beating and wounding.

All of which is in violation of Title 18, United States Code, Sections 7(1) and 113(a)(4).

RESPECTFULLY submitted this 27th day of March, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney


s/Andrea T. Steward
ANDREA T. STEWARD
Assistant United States Attorney
United States of America