Dear District Court of Alaska

My name is Maurice Young. I live in Lincoln, NE. I was working in Alaska earlier this year. I was summoned to court June 8th 2020. I am write this letter because I want the court to move my court date to a later Monday in the month of June 2020.

Please respone to this letter via email or Phone.

Maurice Young
Case No. 3:20-cr-00033-TMB-DMS
Mauriceyoung54@gmail.com
402-309-3318

Case 3:20-cr-00033-TMB-DMS   Document 3   Filed 05/13/20   Page 2 of 2