UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
MAY 29 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

FIRST-CLASS MAIL
$00.50
ZIP 99513
neopost 05/14/2020
US POSTAGE

Maurice Young
1536 North 28th St
Lincoln, NE 68503

NIXIE    581    FE 1    0005/24/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 99513750404    *1629-00436-14-43

## Motions
3:20-cr-00033-TMB-DMS USA v. Young

**U.S. District Court**

**District of Alaska**

### Notice of Electronic Filing

The following transaction was entered on 5/13/2020 at 12:41 PM ADT and filed on 5/13/2020
**Case Name:** USA v. Young
**Case Number:** 3:20-cr-00033-TMB-DMS
**Filer:** Dft No. 1 - Maurice Young
**Document Number:** 3

**Docket Text:**
**MOTION to Reschedule Hearing by Maurice Young. (PXS, COURT STAFF)**

**3:20-cr-00033-TMB-DMS-1 Notice has been electronically mailed to:**

Andrea T. Steward    aunnie.steward@usdoj.gov, blair.van.wyhe@usdoj.gov, CaseView.ECF@usdoj.gov, dawn.shewmaker@usdoj.gov, maiker.vang@usdoj.gov, usaak.ecf@usdoj.gov

**3:20-cr-00033-TMB-DMS-1 Notice has been delivered by other means to:**

Maurice Young
2121 North 27th St.
Lincoln, NE 68503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/13/2020] [FileNumber=2050261-0
] [683c2a60a3e4e0394ec6e430dbefe1990daac29504de960ba562225ddf39a421f17
7d15d954efcd75903170b1e52ba2f78361ca4b2645d43680524ae02504ded]]