Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

Counsel for Defendant Maurice Young

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MAURICE DEWAYNE YOUNG,<br><br>        Defendant. | Case No. 3:20-cr-33-TMB-DMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA AND CONSENT TO PROCEED VIA VIDEO/TELECONFERENCE AND TO PROCEED BEFORE MAGISTRATE JUDGE** |
|---|---|

COMES NOW Defendant Maurice Young, by and through undersigned counsel, and hereby gives notice of his intent to enter a change of plea to the sole misdemeanor count charged in the information. It is anticipated that his plea will be taken at the hearing presently scheduled for July 20, 2020. Defendant has been advised of his right to personally appear at that hearing, and waives that right due to the current COVID-19 pandemic. Defendant also consents to the Magistrate Judge taking his plea and imposing sentence pursuant to Criminal Rule 58.

DATED at Anchorage, Alaska this 16th day of July, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Burke Wonnell*
Burke Wonnell
Assistant Federal Defender
Counsel for Defendant

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 16, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Burke Wonnell*