Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

Counsel for Defendant Maurice Young

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-33-TMB-DMS |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW** |
| MAURICE DEWAYNE YOUNG, | |
| Defendant. | |

COMES NOW undersigned counsel, Assistant Federal Defender Burke Wonnell, and hereby moves to withdraw as counsel of record in this matter. Communication between undersigned counsel and Young has broken down, and in the undersigned's opinion the breakdown in the attorney-client relationship is irremediable. Undersigned counsel is filing herewith a sentencing memorandum. Due to the breakdown in the attorney-client relationship, that filing is incomplete because undersigned counsel has not been able to communicate meaningfully with Young about the case. Undersigned counsel also cannot determine if Young wants to represent himself at the imposition of sentence hearing

scheduled for October 19, 2020, or whether he would prefer the appointment of alternative counsel. Due to the close temporal proximity of the sentencing hearing, the undersigned suggests that this motion be held in abeyance until that scheduled hearing. The Court can then consult with Young and determine his preferences.

DATED at Anchorage, Alaska this 9th day of October, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Burke Wonnell
Burke Wonnell
Assistant Federal Defender
Counsel for Defendant

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 9, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/ Burke Wonnell

*United States v. Maurice Young*
Case No. 3:20-cr-33 TMB DMS                                                                    Page 2

Case 3:20-cr-00033-TMB-DMS   Document 30   Filed 10/09/20   Page 2 of 2